# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO.  03-15-00453-CV

**K. A., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY,
### NO. 271,615-B, JACK WELDON JONES, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on July 27, 2015.  By request to this Court dated July 31, 2015, Jennifer Aulds requested an extension.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights.  *See* Tex. R. App. P. 35.3(c).  Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively.  *See* Tex. R. App. P. 28.4(b)(2).  Accordingly, Jennifer Aulds is hereby ordered to file the reporter's record in this case on or before August 7, 2015.  If the record is not filed by that date, Aulds may be required to show cause why she should not be held in contempt of court.

It is ordered on August 3, 2015.


Before Justices Puryear, Goodwin and Bourland